1030

[No. 48008-1-I. Division One. May 6, 2002.]

THE STATE OF WASHINGTON, *Appellant*, v. WAYNE S. DUNBAR, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08798-1, Jeanette R. Burrage, J., entered January 29, 2001. *Remanded* by unpublished per curiam opinion.

[No. 48176-2-I. Division One. May 6, 2002.]

DIANA WOODRUFF-JONES, *Appellant*, v. ESTHER KUMIN, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 00-2-22396-0, Mary Yu, J., entered December 29, 2000 and February 5, 2001. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker, C.J., and Cox, J.

[No. 48239-4-I. Division One. May 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KAY CECELIA WEST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08148-7, Anthony P. Wartnik, J., entered February 23, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48353-6-I. Division One. May 6, 2002.]

PAULINA LAVARIAS, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-20986-0, Jeffrey M. Ramsdell, J., entered March 23, 2001. *Affirmed* by unpublished per curiam opinion.